# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0481
_____

CHARITY NOELLE WOOD,

Appellant,

v.

JONATHAN HAWKIN,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
David Frank, Judge.


August 14, 2024

PER CURIAM.

DISMISSED as untimely.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Charity Noelle Wood, pro se, Appellant.

No appearance for Appellee.